# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>JARED RICO CRAWFORD<br>*Defendant(s)* | Case Number: 20-40047-JPG |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Jared Rico Crawford                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Possession of Weapon by Felon in violation of 18:922(g)(1).


Date: June 10, 2020

*Issuing officer's signature*

City and state:   Benton, IL

Margaret M. Robertie, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 6/10/20, and the person was arrested on *(date)*
at *(city and state)*

Date:   already in custody

*Arresting officer's signature*

*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant  MODIFIED SDIL(2/2012)