UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
[X] Benton   [ ] East St. Louis

[ ] INITIAL APPEARANCE    [ ] ARRAIGNMENT    [X] CHANGE OF PLEA    [ ] PLEA TO INFORMATION

CRIMINAL NO: 20-cr-40047-JPG-1        DATE: 11/17/2022        TIME: 20 minutes

USA vs JARED RICO CRAWFORD
[X] Present  [X] Custody  [ ] Bond

JUDGE: J. Phil Gilbert, U.S. District Judge

REPORTER: Amy Richardson

COUNSEL FOR DEFENDANT: Adam Fein
[X] Present  [ ] Appointed  [X] Retained  [ ] Waived

COURTROOM DEPUTY: Tina Gray

GOVERNMENT COUNSEL: Casey E. A. Bloodworth, AUSA

[X] Defendant sworn.

[X] Superseding Indictment read to Defendant.

[X] Defendant advised of constitutional rights, nature of charge and possible penalties.

[X] Court confirms the Government's obligation under *Brady*, which was met.

[X] Defendant withdraws plea of not guilty as to Count(s) 1 and 2 of the Superseding Indictment.

[X] Plea:    [X] Guilty as to Count(s) 1 and 2 of the Superseding Indictment.
             [ ] Not Guilty as to Count(s) _____

[ ] No Plea Agreement    [X] Plea Agreement    [ ] Written

[X] Court accepts plea of guilty and adjudges defendant guilty.

[X] Matter referred to U.S. Probation for Presentence Investigation and Report.

[X] Disposition set on **February 23, 2023 at 10:00 a.m.** in Benton, Illinois before Judge J. Phil Gilbert.

[X] Defendant remanded to custody of U.S. Marshals, Benton.

[X] NOTE:  No further notice will be given.